STATE OF NORTH CAROLINA

IN THE STATE OF NORTH CAROLINA
DISTRICT COURT DIVISION

3:10-CV-663 WD

FILED
CHARLOTTE, NC

OCT 25 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

RICHARD ALLEN

    Plaintiff

vs.

DESIGNATION OF MEDIATOR
(BY AGREEMENT -GS 7A-38.1)

SPECIAL SERVICE FREIGHT COMPANY OF TH

    Defendants

THE UNDERSIGNED, James M. Shannonhouse, Attorney, INTERCEDE Mediation/ADR Services, respectfully shows unto the Court that counsel for the parties herein have selected Raymond E. Owens Esq. to be appointed as Mediator herein pursuant to the Rules Governing Mediated Settlement Conferences. The Mediator's compensation is agreed to be at the rate of $325 per hour for time expended in furtherance of mediation and an administrative fee of $85.00 per party.

Respectfully submitted: Thursday, October 20, 2011

James M. Shannonhouse, Esquire
INTERCEDE Mediation/ADR Services
212 S. Tryon St., Ste. 1350
Charlotte, NC 28281

ORDER DESIGNATING MEDIATOR

FOR GOOD CAUSE SHOWN, Raymond E. Owens Esq. is hereby appointed as Mediator herein and is authorized to conduct the Mediated Settlement Conference according to the Rules Governing Mediated Settlement Conferences in Superior Court Actions, the mediator's fee to be $325 per hour for time expended in furtherance of the mediation and $85.00 per party administrative fee. Said Mediator shall be responsible for reserving a place and making arrangements for the conference, scheduling the conference, and giving timely notice to all attorneys and unrepresented parties thereof. The Mediated Settlement Conference shall be completed by Friday, December 30, 2011, and the Mediator shall report the results of the conference to the Court on Form AOC-CV-813, Report of Mediator, within 10 days after the conference is completed.

This the 24th day of October, 2011

Judge Graham C. Mullen
District Court Judge/Western Division