UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CV 10-663

| | |
|---|---|
| RICHARD ALLEN,<br><br>Plaintiff,<br>v<br><br>SPECIAL SERVICE FREIGHT<br>COMPANY OF THE CAROLINAS, INC.<br>STEVEN R. PERRIMAN, an individual,<br>AND PAUL KING, an individual<br><br>Defendants. | **STIPULATION OF<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

Come now the named Plaintiff and Defendants, by and through counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby file this Stipulation of Voluntary Dismissal with prejudice of all claims in the action. Each party herein shall bear his or its own costs and attorneys' fees.

This the 27th day of December, 2011.

| | |
|---|---|
| s/Michelle Massingale Dressler<br>N.C. Bar No. 34516<br>s/Brett E. Dressler<br>N.C. Bar No. 29628<br>*Attorneys for Plaintiff Richard Allen*<br>SELLERS, HINSHAW, AYERS, DORTCH & LYONS, P.A.<br>410 Cameron-Brown Building<br>301 South McDowell Street<br>Charlotte, North Carolina 28204-2686<br>Telephone: (704) 377.5050<br>Facsimile: (704) 339.0172<br>E-mail: mmassingale@sellershinshaw.com<br>        bdressler@sellershinshaw.com<br><br>**ATTORNEYS FOR PLAINTIFF** | s/H. Bernard Tisdale III<br>NC Bar No. 23980<br>s/Lindsay P. Thompson<br>NC Bar No. 32297<br>*Attorneys for Defendants Special Service Freight Company of the Carolinas, Inc., Steven R. Perriman, and Paul King*<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>201 South College Street, Suite 2300<br>Charlotte, NC 28244<br>Telephone: 704.342.2588<br>Facsimile: 704.342.4379<br>Email: bernard.tisdale@ogletreedeakins.com<br>      lindsay.thompson@ogletreedeakins.com<br><br>**ATTORNEYS FOR DEFENDANTS** |